1
2
3                     UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7    DEANDRE NORRA,
8                    Petitioner,              No. C 11-4322 PJH (PR)
9       vs.                                   **ORDER TO SHOW CAUSE**
10   THE PEOPLE,
11                   Respondent.
12   _____/
13          This is a habeas case filed pro se by a state prisoner.  The petition was dismissed
14   with leave to amend.  Petitioner has amended, contending that his conviction was not
15   supported by sufficient evidence.  This claim is sufficient to require a response.
16                              **CONCLUSION**
17          1.  The clerk shall serve by regular mail a copy of this order and the petition and all
18   attachments thereto on respondent and respondent's attorney, the Attorney General of the
19   State of California.  The clerk also shall serve a copy of this order on petitioner.
20          2.  Respondent shall file with the court and serve on petitioner, within sixty days of
21   the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules
22   Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be
23   granted.  Respondent shall file with the answer and serve on petitioner a copy of all
24   portions of the state trial record that have been transcribed previously and that are relevant
25   to a determination of the issues presented by the petition.
26          If petitioner wishes to respond to the answer, he shall do so by filing a traverse with
27   the court and serving it on respondent within thirty days of his receipt of the answer.
28          3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing

2   Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the court

3   and serve on respondent an opposition or statement of non-opposition within thirty days of

4   receipt of the motion, and respondent shall file with the court and serve on petitioner a reply

5   within fifteen days of receipt of any opposition.

6       4.  Petitioner is reminded that all communications with the court must be served on

7   respondent by mailing a true copy of the document to respondent's counsel.  Petitioner

8   must keep the court informed of any change of address and must comply with the court's

9   orders in a timely fashion.  Failure to do so may result in the dismissal of this action for

10   failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Martinez v.*

11   *Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

12       **IT IS SO ORDERED.**

13   Dated:  January 18, 2012.   _____

14                               PHYLLIS J. HAMILTON
                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28   P:\PRO-SE\PJH\HC.11\NORRA4322.OSC.wpd