IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANDRE NORRA,

    Petitioner,

vs.

THE PEOPLE OF CALIFORNIA,

    Respondent.

No. C 11-04322 YGR (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT**

    Petitioner filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thereafter, this action was reassigned to the undersigned judge. The Court ordered the parties to file separate Case Management Conference Statements, which is appropriate in the instant action because Petitioner is proceeding without counsel. To date, Petitioner has not filed his Case Management Conference Statement. Instead, Petitioner has filed a request for an extension of time to file his Case Management Conference Statement. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his Case Management Conference Statement will be extended up to and including **thirty (30) days** from the date of this Order.

    The Court further notes that because this is a habeas corpus action, the parties need not submit the requested documents (in a 2" or 3" 3-ring black binder) outlined in subsection D of the reassignment order.

    This Order terminates Docket no. 11.

    IT IS SO ORDERED.

DATED: February 29, 2012

    Y**VONNE** G**ONZALEZ** R**OGERS**
    U**NITED** S**TATES** D**ISTRICT** C**OURT** J**UDGE**

G:\PRO-SE\YGR\HC.11\Norra4322.granteotcmcstatemt.frm