**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANDRE NORRA,

    Petitioner,

  vs.

THE PEOPLE OF CALIFORNIA,

    Respondent.
                                     /

No. C 11-04322 YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss Petition; Denying Petitioner's Implied Motion to Amend Petition; and Terminating Petitioner's Remaining Pending Motions as Moot,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: February 28, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Norra4322.jud.wpd